UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 18-66-DLB

BELINDA MCKINNEY                                                              PLAINTIFF

vs.                                  **<u>JUDGMENT</u>**

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1) The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2) Plaintiff's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3) This civil action is hereby **DISMISSED** and **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 30th day of May, 2019.



Signed By:
David L. Bunning DB
United States District Judge